UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff/Appellee,<br>v.<br><br>JUANITA VIRIDIANA GARCIA<br>RODRIGUEZ,<br>    Defendant/Appellant. | )<br>)<br>) Tenth Cir. Case No. 22-6194<br>) District Court No. 20-CR-321-F<br>)   (WDOK)<br>)<br>)<br>) |

## MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD

COMES NOW Robert L. Wyatt, IV, court-appointed CJA trial counsel for Appellant Juanita Viridiana Garcia Rodriguez pursuant to Tenth Circuit Rule 46.3 and 46.4 moves the Court to allow him to withdraw from representation in this appeal and ask the Court to appoint new appellate counsel for Appellant Juanita Garcia Rodriguez.

In support of this motion, counsel would show the Court:

### PROCEDURAL HISTORY

1. By way of background, the Court is shown:

    On December 2, 2020, Juanita Viridiana Garcia Rodrigues and Tony Garcia were charged in a four-count indictment with a drug conspiracy, possession of methamphetamine with intent to distribute in violation of 21 U.S.C. §§ 846 and 841; possession of a firearm during a drug transaction (D.E. #1). The Government sought a continuance of the trial date over Juanita Garcia's objection and alternative motion to sever defendants (D.E. #29). A superseding indictment was filed with the same charges but adding Interstate Travel in Aid of Racketeering ("ITAR") against Juanita Garcia only. (D.E. #67). A motion to to exclude certain expert testimony (soft experts) was filed (D.E. #44) on behalf of the Defendant, which was denied. The case

was tried to a jury in February 2022. Juanita Garcia Rodriguez was convicted of Count 1 (drug conspiracy) and Count 4 (ITAR); she was acquitted of Count 3 (possession of meth with intent to distribute) and Count 4 (possession of a firearm during a drug crime).

On November 9, 2022, Juanita Garcia Rodriguez was sentenced to the mandatory minimum of 120 months on Count 1 and 60 months on Count 4, to be served concurrently and to be followed by 5 years and 3 years (respectively) of supervised release. The trial court noted that it would have sentenced much below the mandatory minimum but ruled that he had no authority to vary because he found that the safety valve did not apply.

Tony Garcia was convicted on all counts where he was charged. His appeal is pending in Tenth Circuit Case No. 22-6182.

*See* Docketing Statement.

2. Pursuant to this Court's order, the undersigned Appellate Counsel has filed the Notice of Appeal, the Docketing Statement, the Entry of Appearance, the Designation of Record, and the Transcript Order Forms.

3. Ms. Garcia Rodriguez has been permitted to appeal without pre-payment of fees because she qualified for CJA appointment at trial. Her financial conditions have not changed.

4. Ms. Garcia-Rodriguez is aware that counsel is seeking to withdraw, and agrees with appointment of new counsel.

## **REASONS TO WITHDRAW**

5. Effectively, the undersigned counsel believes that it is in the best interest of the Appellant to have new counsel so that a fresh set of eyes can examine the record for appeal.

6. Additionally, counsel has a two-man law firm with one office in Oklahoma City and another in Tulsa. Each office operates effectively as a separate firm with independent caseloads. The Tulsa attorney, however, has no appellate experience.

7. Both offices have busy trial practices with cases in all three federal districts in Oklahoma where each lawyer serves on one or more CJA panels as well as representing clients who have privately-retained counsel. We also represent clients in state court all over the state.

8. Our practice is primarily a trial practice. We have handled appeals on occasion, but appeals are probably less than 3% of our practice. We engage in appellate practice perhaps once every three years.

9. The Oklahoma City office (Mr. Wyatt) has three matters scheduled for trial where it is expected that trial will occur in *State v. Byrd*, CF-21-333 (Grady County) scheduled for trial in January 2023; *State v. Lippe*, CF-19-4091 (Oklahoma County) scheduled for trial in March 2023; and *State v. Wattenburer,* CF-21-86 (Payne County) scheduled

for trial in May 2023. Each of these cases allege sex crimes and will take substantial time resources to prepare and try.

10. Mr. Wyatt has just been retained in a federal sex crime case in the Northern District, which may require a trial beginning January 17, 2023. See, *United States v. Kenneth Martinez*, 22-CR-00327-JFH. No appearance has been entered pending payment this week.

11. We have other matters scheduled for trial in federal court, but it is anticipated that most of those will settle. Mr. Wyatt has been preparing two other CJA cases for trial, but they are expected to enter guilty pleas in the next week. Mr. Wyatt has one federal appointment where hundreds of thousands of pages of discovery are anticipated. The December 2022 trial in that case was recently continued to allow time to prepare.

12. We also are representing two clients before the Oklahoma Multicounty Grand Jury with review and production of materials on-going. We also have several clients with matters under investigation in the federal court in the Western District and in multiple counties across the state. All of these require attention.

**APPEAL IS PERFECTED**

13. Counsel is required to perfect Appellant's appeal before being allowed to withdraw and appears to have perfected the appeal for Ms. Garcia

Rodriguez by having filed an appearance, designation of record, docketing statement, and two transcript order forms for all relevant transcripts. The only document remaining is the motion to continue CJA appointment or a motion to withdraw.

14. Counsel has exercised due diligence and attempted to comply with all Tenth Circuit Rules and orders in this case.

**PRAYER**

WHEREFORE, Robert L. Wyatt IV, court-appointed trial attorney for Juanita Viridiana Garcia Rodriguez, prays this Court permit him to withdraw from representation of Appellant before the Tenth Circuit and pray that the Court appoints new counsel to represent the Appellant on appeal.

Respectfully submitted,

s/ *Robert L. Wyatt, IV*
Robert L. Wyatt, IV, OBA No. 13154
WYATT LAW OFFICE
501 N. Walker Avenue, Suite 110
Oklahoma City, OK 73101
(405) 234-5500 P; (405) 232-4556 F
E-mail: bobwyatt@wyattlaw.com

## CERTIFICATE OF COMPLIANCE

I, Robert L. Wyatt, IV, certify that to the best of my knowledge and belief:

(1) all required privacy redactions have been made (see 10th Cir. R. 25.5),

(2) any required paper copies to be submitted to the court are exact copies of the version submitted electronically (see ECF User Manual, Section II, Policies and Procedures for Filing Via ECF, Part I(b), pages 11-12) and,

(3) the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, and is free of viruses.

*s/ Robert L. Wyatt, IV*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, a true and correct copy of the foregoing Motion was sent via this court's electronic court filing system or e-mail to:

Thomas Snyder, AUSA
Jason Harley, AUSZ
Danielle Connolly, AUSA

By U.S. Mail on Juanita Garcia Rodriguez at the Grady County Jail in Chickasha, Oklahoma.

*s/ Robert L. Wyatt, IV*