FILED
United States Court of Appeals
Tenth Circuit

February 21, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JUANITA VIRIDIANA GARCIA RODRIGUEZ,

    Defendant - Appellant.

No. 22-6194
(D.C. No. 5:20-CR-00321-F-2)
(W.D. Okla.)

_____

**JUDGMENT**
_____

Before **MATHESON**, **BACHARACH**, and **MORITZ**, Circuit Judges.
_____

This case originated in the Western District of Oklahoma and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk